IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELLI FORTIER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 20-720 |

## ORDER

**AND NOW**, this 28th day of October, 2020, for the reasons contained in the Court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. On remand, the Commissioner shall: (1) properly evaluate whether Plaintiff's mood disorder is a nonsevere impairment and, if the ALJ determines that it is not, cite medical evidence to explain why; and (2) revaluate Plaintiff's April 17, 2018 cessation date, or if necessary, choose a new date, consistent with and supported by substantial evidence.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge